Certificate Number: 16339-PAM-DE-029399075

Bankruptcy Case Number: 17-01513


16339-PAM-DE-029399075

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 10, 2017, at 4:22 o'clock PM EDT, Darwin Wolyniec completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 10, 2017

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor