```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                             Case No. 17-01513-JJT
Darwin S Wolyniec                                                  Chapter 7
         Debtor               CERTIFICATE OF NOTICE
District/off: 0314-4          User: admin              Page 1 of 1          Date Rcvd: Jul 21, 2017
                              Form ID: 318             Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2017.
```
db            +Darwin S Wolyniec,   1145 Chester Street, Apt 101,   Williamsport, PA 17701-4691
4908996       +Limitless Mobile,   258 Hogan Blvd,   Mill Hall, PA 17751-1927
4908998       +Synchronoy Bank/ Lowes,   200 Coon Rapids Blvd,   Suite 200,   Minneapolis, MN 55433-5867
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4908989        EDI: BANKAMER.COM Jul 21 2017 19:03:00     Bank of America,   P.O. Box 15019,
                Wilmington, DE 19886
4908990       +EDI: TSYS2.COM Jul 21 2017 19:03:00     Barclays Bank Delaware,   100 S West St,
                Wilmington, DE 19801-5015
4908991       +EDI: TSYS2.COM Jul 21 2017 19:03:00     Barclays Bank Delaware,   P.o. Box 8803,
                Wilmington, DE 19899-8803
4908993        EDI: CAPITALONE.COM Jul 21 2017 19:03:00     Capital One,   15000 Capital One Dr,
                Richmond, VA 23238
4908992       +EDI: CAPITALONE.COM Jul 21 2017 19:03:00     Capital One,   Po Box 30285,   Attn: Bankruptcy,
                Salt Lake City, UT 84130-0285
4908995        EDI: DISCOVER.COM Jul 21 2017 19:03:00     Discover Financial,   Po Box 15316,
                Wilmington, DE 19850
4908994       +EDI: DISCOVER.COM Jul 21 2017 19:03:00     Discover Financial,   Po Box 3025,
                New Albany, OH 43054-3025
4908997       +E-mail/Text: bankruptcyteam@quickenloans.com Jul 21 2017 19:04:45     Quicken Loans,
                1050 Woodward Ave,   Detroit, MI 48226-1906
4908999       +EDI: RMSC.COM Jul 21 2017 19:03:00     Synchrony Bank/Lowes,   Attn: Bankruptcy,
                Po Box 956060,   Orlando, FL 32896-0001
4909000       +EDI: RMSC.COM Jul 21 2017 19:03:00     Synchrony Bank/Lowes,   Po Box 956005,
                Orlando, FL 32896-0001
                                                                                             TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2017 at the address(es) listed below:
```
              Gail Lee Hills    on behalf of Debtor Darwin S Wolyniec gail.hills@ghillslaw.com
              James  Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| | | |
|---|---|---|
| Debtor 1 | **Darwin S Wolyniec** | Social Security number or ITIN  xxx–xx–7046 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **Middle District of Pennsylvania**

Case number:   **4:17–bk–01513–JJT**

# Order of Discharge                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Darwin S Wolyniec

**By the court:**

July 21, 2017

Honorable John J. Thomas
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**